UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TUYEN DOAN,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26-CV-637-CCB-SJF |

ORDER

This case was dismissed on September 8, 2026, after the petitioner, Tuyen Doan, an immigration detainee representing himself, did not respond to an order to show cause, directing him to resolve his filing fee status. ECF 6. After the case was closed, the court received a letter from Doan, inquiring into the status of an in forma pauperis motion he says he submitted for e-filing at Miami Correctional Facility on August 5, 2026. ECF 8. Under the court's Alien Detainee Electronic Filing Program, which Doan is participating in, he may submit documents to facility staff to be scanned and submitted to the court. "When the scanned copy is docketed by the Court, a Notice of Electronic Filing (NEF) is emailed to the facility. This NEF is printed by designated facility staff and given to the detainee with only the first page of the detainee's filing." ECF 1. Doan doesn't say whether he received this confirmation of filing, and after searching the court records, no such motion was found. Nor does he attach a copy of the in forma pauperis motion to his letter.

For these reasons, in light of his letter (ECF 8), the court ADVISES Tuyen Doan that the court did not receive an in forma pauperis motion.

SO ORDERED on September 18, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge